FILED

12/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0617

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0617

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

WADE LAMAR MASON,

     Defendant and Appellant.

O R D E R

_____

The record was filed for purposes of this appeal on November 8, 2023. Nothing further has been filed, and the opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than January 18, 2024. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 19 2023